JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PARK WHOLESALE ELECTRIC, INC., <br><br>　　　　　Debtor, <br>_____ <br>ARTURO M. CISNEROS, as Chapter 7 Trustee for Debtor, <br><br>　　　　　Plaintiff, <br><br>　　　　v. <br><br>JEROME BOWN, et al., <br><br>　　　　　Defendants. <br>_____ | Case No. ED CV 15-1068 FMO <br><br><br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 30th day of July, 2015.


　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　　United States District Judge